```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
PANDAVIDA, INC,                                                   :
                                                                  :
                                        Petitioner,               :    1:25-cv-6177-GHW
                                                                  :
                -v-                                               :           ORDER
                                                                  :
AMAZON.COM SERVICES LLC, et al.,                                  :
                                                                  :
                                        Respondents.              :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025

GREGORY H. WOODS, United States District Judge:

Petitioner commenced this action on July 28, 2025 by filing a petition to vacate an arbitration award. Dkt. No. 1. All parties are required to register promptly as filing users on ECF. Counsel are further required to review and comply with the Court's Individual Rules of Practice in Civil Cases ("Individual Rules") (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

The Court will hold a conference on September 26, 2025 at 3:00 p.m. to discuss a schedule for briefing the petition and other matters relevant to the disposition of this case. The conference will be conducted by telephone. The parties are directed to Rule 2(C) of the Court's Individual Rules, which contains the dial-in number for the conference and other relevant instructions. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. Any open legal issues can be addressed at the conference. Any request for an extension or adjournment shall be made only by letter as provided in Individual Rule 1(E) and must be received at least two business days before the deadline or conference. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Counsel who have noticed an appearance as of the issuance of this order are directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this order

and the Court's Individual Rules forthwith, and (ii) to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this order are directed (i) to serve a copy of this order and the Court's Individual Rules upon that party, and (ii) to file proof of such service with the Court.

Petitioner also filed, pursuant to 9 U.S.C. § 12, a "notice of motion" to vacate the arbitration award. Dkt. No. 5. While the Court accepts Petitioner's notice as properly filed, the Court has not granted Petitioner leave to file the motion itself, and accordingly Petitioner has yet to file the requisite submissions for briefing its petition to vacate the arbitration award. Therefore, the Clerk of Court is directed to terminate the motion pending at Dkt. No. 5.

SO ORDERED.

Dated: July 30, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge