```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PandaVida, Inc,                                                    :
                                    Petitioner,                    :
                                                                   :       1:25-cv-6177-GHW
                -against-                                          :
                                                                   :              ORDER
Amazon.com Services LLC, *et al.*,                                 :
                                                                   :
                                    Respondents.                   :
                                                                   :
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On July 28, 2025, Petitioner PandaVida filed a petition to vacate an arbitration award. Dkt. No. 1. Proceedings to vacate an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). As stated on the record during the conference held on September 26, 2025, it is hereby ORDERED that Petitioner shall file and serve a memorandum of law, a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than October 31, 2025. Respondents' opposition is due no later than three weeks following the date of service of Petitioner's materials. Petitioner's reply, if any, is due no later than two weeks following the date of service of Respondents' opposition.

SO ORDERED.

Dated: September 26, 2025
New York, New York
                                                            _____
                                                                    GREGORY H. WOODS
                                                                  United States District Judge