

**MEMORANDUM ENDORSED**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2025**

**Ariel Reinitz**
*Partner*
Bochner PLLC
1040 Sixth Avenue
15th Floor
New York, NY 10018

ariel@bochner.law
Direct: 646.494.6909

December 26, 2025

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *PandaVida, Inc v. Amazon.Com Services LLC et al*
          Case No.: 1:25-cv-06177-GHW

Dear Judge Woods:

We represent Petitioner and write to seek a further extension of one business day for Petitioner to file its reply in support of its pending motion (ECF No. 1). The proposed extension will move the reply deadline from Dec. 26 to Dec. 29, 2025.

The basis for this request is that unexpected personal responsibilities over the past several days have limited the undersigned's ability to finalize Petitioner's submission, as originally planned. Further, I have been unable to call on colleagues to assist (as I generally would under the circumstances) due to the holidays.

Given the timing, I was unable to seek Respondents' consent before making this request. I note, however, that neither party previously objected to reasonable extension requests and I have little reason to believe Respondents would do so in this instance.

Respectfully submitted,
By: /s/ Ariel Reinitz
Ariel Reinitz

cc:     Counsel of Record (via ECF)

Application granted.  The deadline for Petitioner's reply is extended to December 29, 2025.  Respondents' deadline to file a reply in support of its cross-motion, if any, is extended to January 15, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.

SO ORDERED.
Dated:  December 29, 2025

_____
GREGORY H. WOODS
United States District Judge