USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANDAVIDA INC,

Petitioner,

-against-

AMAZON.COM SERVICES LLC, *et al.*,

Respondents.

1:25-cv-6177-GHW

ORDER

GREGORY H. WOODS, District Judge:

On July 7, 2026, the Court resolves the parties' cross-petitions to confirm and vacate an arbitral award. Dkt. No. 37. The Court concluded that it could not resolve the cross-petitions because the Arbitrator's final award did not specify the apportionment of damages across the claims resolved in the parties' arbitration. *Id.* The Court ordered the parties to file a joint letter with their views regarding the propriety of remanding the award to the Arbitrator. *Id.*

On July 14, 2026, the parties filed their joint letter. Dkt. No. 38. Neither party asserted that remand to facilitate the Court's review of the final award was inappropriate.

Accordingly, the Court orders that this dispute be remanded to the Arbitrator to answer the limited question of how the $299,999.00 award of damages was apportioned across the claims for which the Arbitrator found for Respondents. The parties are directed to jointly file a status letter the earlier of the date upon which the Arbitrator issues a decision and October 30, 2026.

SO ORDERED.

Dated: August 4, 2026

GREGORY H. WOODS
United States District Judge