USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PANDAVIDA INC.,

Petitioner,

-against-

AMAZON.COM SERVICES LLC, *et al.*,

Respondents.

---

1:25-cv-6177-GHW

ORDER

GREGORY H. WOODS, District Judge:

THIS MATTER, having come before this Court upon the Petition to Vacate Arbitration of PandaVida Inc. (Dkt. 1) ("Petition") and the Cross Motion to Confirm Arbitration Award ("Cross Motion") of Amazon.com Services LLC and Amazon.com, Inc. (collectively, "Amazon") (Dkt. 24), and the Court having carefully considered the Petition, the Cross Motion and the relevant pleadings and papers the parties have filed in this matter, the Court finds that the Petition should be granted in part and denied in part, and that the Cross Motion should be granted in part and denied in part, as follows.

Accordingly, IT IS HEREBY ORDERED:

1. The final arbitration award dated April 28, 2025 issued by the duly-appointed arbitrator, Andrew B. Turk ("Arbitrator"), in the arbitration proceeding before the American Arbitration Association with Case No. 01-23-0004-9583 ("Final Award"), attached as Exhibit J (Dkt. 26-10) to the Declaration of Molly Tullman (Dkt. 26) is CONFIRMED in part and VACATED in part as set forth in paragraphs 2 and 3 below, and JUDGMENT SHALL BE ENTERED in conformity therewith.

2. For the reasons stated in the Memorandum Opinion and Order entered by this Court on July 7, 2026 (Dkt. 37) ("Memorandum Opinion"), the portion of the Final Award finding

PandaVida, Inc. ("PandaVida") liable for breaches of the Settlement Agreement is VACATED because the Arbitrator exceeded his authority in resolving that claim.

3. The remainder of the Final Award is CONFIRMED, with the exception that the mathematical error in the calculation of the Final Award should be modified as set forth in the Disposition of Remand for Clarification of Award (Dkt. 40-1) ("Clarification").

4. The Final Award having been confirmed by Order of this Court, IT IS HEREBY ADJUDGED that Amazon.com Services LLC shall recover from PandaVida $564,711.02, which represents the amount set forth in the Final Award as reduced to correct the mathematical error noted in the Clarification.

5. Post-judgment interest shall accrue on the amounts awarded herein as provided by 28 U.S.C. § 1961.

7. The Clerk of Court is respectfully directed to enter judgment in favor of Amazon.com Services LLC and Amazon.com, Inc. consistent with this Order and to close this case.

SO ORDERED.

Dated: October 23, 2026

GREGORY H. WOODS
United States District Judge