**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

PANDAVIDA INC.,

Petitioner,

25 **CIVIL** 6177 (GHW)

-against-

**JUDGMENT**

AMAZON.COM SERVICES LLC, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2026, the Final Award having been confirmed. Accordingly, judgment is entered in favor of Amazon.com Services LLC and Amazon.com, Inc. against PandaVida in the amount of $564,711.02 and the case is closed. Post-judgment interest shall accrue on the amounts awarded herein as provided by 28 U.S.C. § 1961.

**DATED:** New York, New York
October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**